# IN THE UNITED STATES COURT OF APPEALS

## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

July 31, 2012

Lyle W. Cayce
Clerk

_____

No. 10-10751

_____

VILLAS AT PARKSIDE PARTNERS, doing business as Villas at Parkside; LAKEVIEW AT PARKSIDE PARTNERS, LIMITED, doing business as Lakeview at Parkside; CHATEAU RITZ PARTNERS, doing business as Chateau De Ville; MARY MILLER SMITH,

                                        Plaintiffs - Appellees

  vs.

THE CITY OF FARMERS BRANCH, TEXAS,

                                        Defendant - Appellant

----------------------------------------------------------------------------------------------------------

VALENTIN REYES; ALICIA GARCIA; GINGER EDWARDS; JOSE GUADALUPE ARIAS; AIDE GARZA,

                                        Plaintiffs - Appellees

  vs.

CITY OF FARMERS BRANCH,

                                        Defendant - Appellant

_____

Appeals from the United States District Court for the
Northern District of Texas, Dallas

_____

ON PETITION FOR REHEARING EN BANC

(Opinion March 21, 2012, 5 Cir., 2012, 675 F.3d 802)

Before JONES, Chief Judge, JOLLY, DAVIS, SMITH, GARZA, STEWART, DENNIS, CLEMENT, PRADO, OWEN, ELROD, SOUTHWICK, HAYNES, GRAVES and HIGGINSON, Circuit Judges.[1]

BY THE COURT:

A member of the court having requested a poll on the petition for rehearing en banc, and a majority of the circuit judges in regular active service and not disqualified having voted in favor,

IT IS ORDERED that this cause shall be reheard by the court en banc with oral argument on a date hereafter to be fixed. The Clerk will specify a briefing schedule for the filing of supplemental briefs.

---

[1]Judge King did not participate.